# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **VS.** | )   CR. NO. 04-00153-CG |
| | ) |
| **ANDREW GILES WHEAT,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter is before the court on the United States' "Motion to Dismiss Assets from Indictment" filed on May 9 (Doc. 174).

The assets sought to be dismissed from the indictment were never named by the Grand Jury in the indictment, but were noticed by the United States as being sought for forfeiture under a Bill of Particulars. (Doc. 91). For that reason, "dismissal" of the assets is not needed, and the court notes for the record that the United States is no longer seeking forfeiture of the 2003 Chevrolet Diesel Pick-up Truck, VIN 1GCHK29173E125766, or the 2002 Harley Davidson Motorcycle, VIN 1HD1FCW192Y601804.

**SO NOTED** this 10th day of May, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE